UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JUDITH L. JOHNSON,        )<br>      Plaintiff        )<br>        )<br>v.        )<br>        )   Civil No. 05-202-P-S<br>THE UNIVERSITY OF MAINE        )<br>SYSTEM,        )<br>        )<br>      Defendant        )<br>        ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 25, 2006, his Recommended Decision (Docket No. 40). Plaintiff filed her Objection to the Recommended Decision (Docket No. 42) on October 12, 2006. Defendant filed its Response to Objection (Docket No. 43) on October 30, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket No. 40) is hereby AFFIRMED.

2. For the reasons set forth in the Recommended Decision Defendant's Motion to Exclude a Portion of the Testimony of Mark Filler is GRANTED and its Motion for Summary Judgment (Docket No. 21) is GRANTED.

　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge

Dated: November 2, 2006.